# NO. 12-11-00140-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DONNIE WAYNE CHALK,* *APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant pleaded guilty to possession of a controlled substance, and the trial court placed him on deferred adjudication community supervision. The trial court revoked Appellant's deferred adjudication community supervision, found him guilty, and sentenced him to fifteen years of imprisonment. We have received the trial court's certification showing that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his counsel. Accordingly, the appeal is ***dismissed*** for want of jurisdiction.

Opinion delivered June 15, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)